# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 FEB -3 PM 1:42
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>**JOSEPH BEECHER**,<br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: 22-MJ-09-J |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

From on or about February 2, 2022 through and including on or about February 3, 2022, in the District of Wyoming and elsewhere, the Defendant, **JOSEPH BEECHER**, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, and hold the victim for the purpose of assault with a dangerous weapon, and, in committing, and in furtherance of the commission of this offense, did willfully transport the victim in interstate commerce from Colorado to Wyoming.

In violation of 18 U.S.C. §1201(a)(1).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant
Nicole A. Eister

Sworn to before me and subscribed in my presence,

February 3, 2022                    at    Cheyenne, Wyoming
Date                                                City and State

HON. KELLY H. RANKIN
Chief United States Magistrate Judge            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

# AFFIDAVIT OF SPECIAL AGENT NICOLE A. EISTER
# IN SUPPORT OF COMPLAINT

I, Nicole Eister, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises Room #34 of the Stagecoach Motel, 1515 West Lincolnway, Cheyenne, Wyoming 82001, as further described in Attachment A, for the items described in Attachment B.

2. I have been employed as a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") since August 2021 and am currently assigned to the Denver Division. I have gained experience through training at the FBI Academy and everyday work relating to conducting these types of investigations. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and financial crimes. I am currently assigned to the Wyoming Internet Crimes Against Children taskforce. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by law to request a search warrant.

3. I have received training and gained experience in interviewing techniques, arrest procedures, search and seizure warrant applications, to include the execution of the search and seizure of the warrants.

4. The facts in this sworn statement come from my personal observations, my training and experience, and information obtained from other agents, officers and witnesses. This sworn statement is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

5.  On February 2, 2022, at approximately 10:15 AM, an individual later identified as Joseph BEECHER forced entry into a private ranch located at 22110 County Road 8, Rio Blanco County, Colorado, by ramming his vehicle through the main gate. BEECHER had no business or lawful purpose to be at the ranch. Exterior security cameras on the ranch showed BEECHER driving a black 1997 Mazda pickup belonging to him, displaying Colorado license plate #BDK-I91. BEECHER was the sole occupant of the vehicle. Prior to ramming the gate, the security cameras showed BEECHER exiting the vehicle, inspect the closed and locked gate, and then return to his vehicle. BEECHER then accelerated towards the gate, rammed his vehicle through it, and proceeded on to the property where he went into a residential house. BEECHER and ranch employee A. E. were then observed leaving the ranch in a Ford pickup registered to A. E.'s husband.

6.  During the course of investigating the scene at the ranch, the black 1997 Mazda pickup displaying Colorado license plate #BDK-I91 was found abandoned and stuck in the snow near another access point to the safe property, deputies learned A. E. and her truck were missing. Attempts to reach her via cell phone proved unsuccessful and she had not returned to any of the ranch buildings as per the normal duties. Further investigation revealed (through video surveillance) A. E. driving off the ranch property in her vehicle, a 2016 maroon Ford F-150 bearing Colorado License plate number is AIA-728, registered to her husband, with BEECHER in her passenger seat.

7.  Earlier on February 2, 2022, BEECHER was also identified as a possible suspect in the trespass and subsequent criminal mischief in Craig, Colorado where the Craig Colorado Police Department identified him as a potential suspect in a burglary committed in their

jurisdiction earlier in the morning. From their investigation it was learned BEECHER lived and worked at a hotel in the Craig, Colorado area where he had been in an argument with his employer/landlord, and after the argument the employer/landlord's living quarters had been burglarized. Pursuant to the burglary, an AR-15 rifle and another unknown rifle, along with their matching ammunition were taken. The landlord positively identified BEECHER in the video surveillance footage from the ranch.

8. The investigation revealed the possibility that A. E. had encountered BEECHER on the property and may have been abducted by him as part of his criminal episode. A. E.'s personal cellular phone was left behind at the ranch.

9. Law enforcement was able to locate A. E. and BEECHER at the Stagecoach Motel located at 1515 West Lincolnway, Cheyenne Wyoming.

10. On February 2, 2022, at approximately 11:15 PM Officers from the Cheyenne Police Department were dispatched to the Stagecoach Motel and observed A.E.'s 2016 maroon Ford F-150 parked at the location along the west side of the parking lot. Officers obtained surveillance video from 1515 West Lincolnway that showed A. E. paying for a motel room at approximately 4:48 pm with cash. Staff at 1515 West Lincolnway stated the room provided to A. E. was room number 34. A male matching BEECHER's description was observed in the surveillance video walking from the maroon Ford F-150 with multiple bags, one being a long bag consistent with containing a rifle and entering room #34.

11. On February 3, 2022, at approximately 2:32 AM, Cheyenne Police Department Officers conducting surveillance on 1515 West Lincolnway room #34 observed a structure fire on the southwest corner of 1515 West Lincolnway. Cheyenne SWAT initiated their response due to the exigence circumstance and forced entry into room #34. Upon entry, SWAT operators

detained BEECHER, and escorted A. E. from the room. A. E. advised AMR paramedics that she had been kidnapped. While conducting a security sweep to ensure nobody else was inside the room, Operators observed an AR15 rifle, multiple magazines, and a digital camouflage rifle case.

12. A. E. was interviewed at the Cheyenne Police Department where she stated she had been at work at the ranch, where she was the supervising housekeeper. She had gone upstairs to one of the bedrooms where she was facing a closet, when she heard someone behind her ask who she was. When she turned around, she saw an unknown male with what she described as a black "machine gun" pointed at her face. The unknown male threatened to "shoot [her] fucking face off." The unknown male, later identified as BEECHER, told A. E. she was coming with him. A.E., in fear for her life, did as he demanded. BEECHER told her to drive her vehicle toward the Denver area, and they made stops at two gas stations and an ATM. Ultimately BEECHER told her to drive to Cheyenne, Wyoming where he told her to rent a room at the Stagecoach Motel.

13. A. E. rented room #34, where she and BEECHER were ultimately located by police. A. E. said while they were in the room, he made her sleep in the bed with him, with her head on his chest, her arm around his middle, and her leg over his. He held one arm over hers. He ultimately let her roll over. A. E. stated while they were driving to Cheyenne, Beecher told her about a burglary he committed, in which he broke a window and ended up with a cut to his left wrist.

## CONCLUSION

14. Based on the forgoing, I request that the Court issue the proposed search warrant for the property described in Attachment A for the seizure of items further described in Attachment B.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JOSEPH BEECHER |
| **DATE:** | February 3, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. §1201(a)(1)<br>(Kidnapping)<br><br>0 Years - Life Imprisonment<br>Up To $250,000 Fine<br>5 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Nicole A. Eister, FBI |
| **AUSA:** | Margaret M. Vierbuchen, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

1