FILED



1:59 pm, 2/3/22

Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSEPH BEECHER,

   Defendant.

**WARRANT FOR ARREST**

Case Number: 22-MJ-09-5

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest **Joseph Beecher** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Kidnapping in violation of 18 U.S.C. §1201(a)(1).

KELLY H. RANKIN
Name of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

February 3, 2022, Cheyenne, Wyoming
Date and Location

By Deputy Clerk

Bail fixed at $ Detain        By: _[signature]_

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____
_.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |