Margaret M. Vierbuchen
Wyoming State Bar No. DC-457714
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 FEB -3 PM 1:41

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BEECHER,<br><br>Defendant. | Case No. 22-MJ-09-J |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **Crime of Violence (18 U.S.C. § 3156)**
> **Serious risk Defendant will flee**
> **Serious risk obstruction of justice**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required**
**Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 3rd day of February, 2022.

L. ROBERT MURRAY
United States Attorney

By: *[signature]*
MARGARET M. VIERBUCHEN
Assistant United States Attorney