

**FILED**

11:28 am, 2/8/22

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs. | Case Number:   22-mj-09-ABJ |
| JOSEPH BEECHER | |
| Defendant. | |

Date 2/8/2022     Time 11:05 - 11:17 AM     Before the Honorable   Kelly H. Rankin

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Arraignment    ☐ Rule 5

☑ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense: Kidnapping

| MiYon Bowden | FTR Recording | Kristen Simmer |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Margaret Vierbuchen | Jon Goodman | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☐ Voluntarily    ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  _____
☐ FPD    ☐ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

**Initial appearance**     Date  2/8/2022

(Comments)  Defendant advised of his rights and charges.

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☑ Preliminary hearing set for: Date 2/11/2022   Time 2:45 PM
Judge Kelly H. Rankin   in Cheyenne, Wyoming (Courtroom 3)

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in

☑ Detention hearing set for:
Date 2/11/2022   Time 2:45 PM   Judge Kelly H. Rankin

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____