# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

11:57 am, 2/8/22

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 22-MJ-09-ABJ |
| JOSEPH BEECHER | |
| Defendant, | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO THE BAIL REFORM ACT

**Location:** Cheyenne Courtroom #3

2120 Capitol Avenue          Date: February 11, 2022

Cheyenne, WY 82001          Time: 2:45 PM

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 8, 2022

Kelly H. Rankin
Chief United States Magistrate Judge