# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 FEB -9 PM 3:23
MARGARET BOTKINS, CLERK
CHEYENNE

RECEIVED
U.S. MARSHALS SERVICE
CHEYENNE, WY
2022 FEB -4 A 11:55

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **WARRANT FOR ARREST** |
| v. | Case Number: 22-MJ-09-J |
| JOSEPH BEECHER, | |
| Defendant. | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Joseph Beecher** and bring him forthwith to the nearest district court judge or magistrate to answer a Complaint charging him with Kidnapping in violation of 18 U.S.C. §1201(a)(1).

KELLY H. RANKIN
Name of Issuing Officer

Chief United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

February 3, 2022, Cheyenne, Wyoming
Date and Location

By Deputy Clerk

Bail fixed at $ _Detain_     By: _[signature]_

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Cheyenne, WY

| DATE RECEIVED | 2-4-2022 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 2-4-2022 | For FBI By Joshua Caricos SDWYM | _[signature]_ |